NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ABRAHAM AGAEL CHAVEZ-MUNOZ, AKA Abraham Chavez, AKA Abrham A. Chavez, AKA Abraham Gael Chavez-Munoz,<br><br>   Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>   Respondent. | No. 16-72362<br><br>Agency No. A201-114-248<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 7, 2019[**]

Before: THOMAS, Chief Judge, HAWKINS and McKEOWN, Circuit Judges.

Abraham Agael Chavez-Munoz, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing Chavez-

Munoz's appeal from an immigration judge's ("IJ") decision denying Chavez-

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Munoz's application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252 and deny the petition for review.

The agency found Chavez-Munoz failed to show a nexus between the harm he fears and a protected ground. In his petition for review, Chavez-Munoz fails to identify any protected ground, let alone offer an argument as to why the evidence compels a conclusion contrary to the agency's. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (an applicant's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"). As this issue is dispositive, and Chavez-Munoz has waived any argument based thereon, Chavez-Munoz's asylum and withholding of removal claims fail. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079–80 (9th Cir. 2013) (failure to contest issue in opening brief resulted in waiver).

Substantial evidence supports the agency's denial of CAT relief because Chavez-Munoz failed to show it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Aden v. Holder*, 589 F.3d 1040, 1047 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**